**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **YERANDIS RODRIGUEZ VIERA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-8167** |

**ORDER**

**AND NOW**, this 18th day of November, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and Respondents Answer thereto (ECF No. 5), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Petition is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**